# Court of Appeals
# of the State of Georgia

ATLANTA,  May 21, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0070.  IN THE INTEREST OF I. H. A CHILD(MOTHER).**

Upon consideration of the "Emergency Motion for Extension of Time to File Application for Discretionary Appeal," the same is hereby DENIED. This is counsel's second request,  and under the Court of Appeal's Rule 16 (c), only one extension of time may be granted.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  05/21/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
_____ *, Clerk.*